JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| WILSON GARRIDO, individually and on behalf of all other similarly situated, | Case No.  8:17-cv-54-JLS-KESx |
| Plaintiff, | **ORDER OF DISMISSAL** |
| vs. | |
| FITNESS INTERNATIONAL, LLC, and DOES 1–20, | |
| Defendant. | |

Upon review of Plaintiff's Notice of Voluntary Dismissal, Plaintiff's counsel's supporting declaration, and the parties' confidential settlement agreement, and good cause appearing, IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE as to named Plaintiff Wilson Garrido, only, and WITHOUT PREJUDICE as to the remaining putative class members.

Dated: April 5, 2017

_____

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

1